**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

JESUS ABREGO, *et al.*                                                                     PLAINTIFFS

v.                                    No. 2:06CV00056 JLH

SEYPPEL GIN, LLC;
EDWARD HOLLIS CLARKE III; and
WILLIAM W. CLARKE                                                                          DEFENDANTS

**ORDER**

Plaintiffs' motion for Melody Fowler-Green to appear *pro hac vice* is GRANTED. Document #61. Ms. Fowler-Green is hereby admitted to appear before this Court *pro hac vice* as co-counsel for plaintiffs in this action.

IT IS SO ORDERED this 31st day of May, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE